# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-20761
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2014

Lyle W. Cayce
Clerk

DONALD A. JONES,

Plaintiff-Appellant

v.

HOUSTON INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES,
also known as Houston Independent School District Board of Education; DANA
DARDEN,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-920

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons explained
in detail by the court.  Despite that careful 25-page disposition of all of the
plaintiff's claims, we now have 50 pages of briefs that provide only the same
allegations and new legal references but no support for plaintiff's claims.  The
problem for the plaintiff is the complete lack of any evidence of racial or gender

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

discrimination or unequal treatment, and of any basis for the claim of procedural due process denial. No evidence connects different experience of other teachers with the claims of discrimination and due process. And as for due process, the plaintiff was given legal notice of non-renewal of his contract, and he was given process by the Board of the District and the Commissioner of Education.

AFFIRMED.